IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KENDALL HOLDINGS, LTD.,

    Plaintiff,

v.

EDEN CRYOGENICS LLC,
et al.,

    Defendants.

Case No. 2:08-cv-390

JUDGE SARGUS

MAGISTRATE JUDGE KEMP

## ORDER

This Order supersedes the Court's previous Order. The Motion of Defendants to Continue the Trial (Doc. 164) is **GRANTED in PART**. For the convenience of the Parties, the trial in this matter, currently set for February 13, 2012, is rescheduled to February 21, 2012 at 9 a.m. All pretrial dates and deadlines set by the Court's Order of August 26, 2011 are vacated, with the exceptions of: (1) the deadline for submitting the final pretrial order (January 30, 2012); and (2) the final pretrial conference (set for February 2, 2012), both of which remain as currently scheduled.

**IT IS SO ORDERED.**

12-22-2011
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

1