UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KENDALL HOLDINGS, LTD., d/b/a
PHPK TECHNOLOGIES,

    Plaintiff,

v.                              Case No. 2:08-CV-390
                                JUDGE EDMUND A. SARGUS, JR.

EDEN CRYOGENICS, LLC, et al.,

    Defendants.

## JURY VERDICT FORM FOR MISAPPROPRIATION OF TRADE SECRETS

Do you find in favor of the Plaintiff, PHPK, on its claim for misappropriation of trade secrets against Eden Cryogenics?

                                                  Yes: ✓
                                                  No: _____

(All must agree)



Continue to the next page.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KENDALL HOLDINGS, LTD., d/b/a
PHPK TECHNOLOGIES,

    Plaintiff,

v.

EDEN CRYOGENICS, LLC, et al.,

    Defendants.

Case No. 2:08-CV-390
JUDGE EDMUND A. SARGUS, JR.

## JURY VERDICT FORM FOR MISAPPROPRIATION OF TRADE SECRETS

Do you find in favor of the Plaintiff, PHPK, on its claim for misappropriation of trade secrets against Steve Hensley?

Yes: ✓
No: ____

(All must agree)



Continue to the next page.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KENDALL HOLDINGS, LTD., d/b/a
PHPK TECHNOLOGIES,

    Plaintiff,

v.                              Case No. 2:08-CV-390
                                 JUDGE EDMUND A. SARGUS, JR.

EDEN CRYOGENICS, LLC, et al.,

    Defendants.

## JURY VERDICT FORM FOR MISAPPROPRIATION OF TRADE SECRETS

Do you find in favor of the Plaintiff, PHPK, on its claim for misappropriation of trade secrets against Jim Mitchell?

Yes: ✓
No: _____

(All must agree)



If you answered "Yes" on any one of the three Jury Verdict Forms for misappropriation of trade secrets, then go to the next page.

If you answered "No" on every one of the three Jury Verdict Forms for misappropriation of trade secrets, then do not go to the next page.

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

KENDALL HOLDINGS, LTD., d/b/a
PHPK TECHNOLOGIES,

    Plaintiff,

v.

    Case No. 2:08-CV-390
    JUDGE EDMUND A. SARGUS, JR.

EDEN CRYOGENICS, LLC, et al.,

    Defendants.

## JURY VERDICT FORM FOR DAMAGES ON MISAPPROPRIATION OF TRADE SECRETS

1. If you found in favor of the Plaintiff against any of the Defendants, what damages, if any do you find the Plaintiff is entitled to on its claim of misappropriation of trade secrets? (State the amount, or, if you find that the Plaintiff's damages have no monetary value, set forth a nominal amount such as $1.00.)

    Eden Cryogenics    $ 887,000.00

    Steve Hensley    $ 150,000.00

    Jim Mitchell    $ 10,000.00

    Total    $ 1,047,000.00

(All must agree)




Continue to the next page.

2. Do you find by clear and convincing evidence that the Defendant Eden Cryogenics LLC willfully and maliciously misappropriated the Plaintiff's trade secrets?

Yes: ✓
No: _____

(All must agree)



3. Do you find by clear and convincing evidence that the Defendant Steve Hensley willfully and maliciously misappropriated the Plaintiff's trade secrets?

Yes: ✓
No: _____

(All must agree)



4. Do you find by clear and convincing evidence that the Defendant Jim Mitchell willfully and maliciously misappropriated the Plaintiff's trade secrets?

Yes: _____
No: ✓

(All must agree)

