UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KENDALL HOLDINGS, LTD., d/b/a
PINK TECHNOLOGIES

                Plaintiff,         Case No. 2:08-cv-390
                                           JUDGE EDMUND A. SARGUS, JR.
v.                                      Magistrate Judge Terence P. Kemp

EDEN CRYOGENICS LLC, et al.,

                Defendants.

## FINAL JUDGMENT ENTRY

The Court **DIRECTS** entry of final judgment in this case according to the following:

1. According to the jury verdict, doc. 246, judgment is entered against the respective Defendants on Plaintiff's claim for misappropriation of trade secrets in the following amounts:

    a. Eden Cryogenics LLC: $887,000.00

    b. Steve Hensley: $150,000.00

    c. Jim Mitchell: $10,000.00

2. According to the Court's Order from March 4, 2014, doc. 270, judgment is entered against Defendant Eden Cryogenics LLC and Defendant Steve Hensley for attorneys' fees, costs, and punitive damages in the following respective amounts:

    a. Attorneys' fees: $850,246.03 against Eden Cryogenics LLC, and $139,714.47 against Steve Hensley.

    b. Litigation costs: $43,250.54 against Eden Cryogenics LLC, and $7,040.78 against Steve Hensley.

    c. Punitive damages: $250,000.00 against Eden Cryogenics LLC, and $75,000.00 against Steve Hensley.

3. In sum, based on the above, judgment is entered against the respective Defendants in the following total amounts:

    a. Eden Cryogenics LLC: $2,038,496.57

b. Steve Hensley: $371,755.25

c. Jim Mitchell: $10,000.00

**IT IS SO ORDERED.**

_3-26-2014_
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE