UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KENDALL HOLDINGS, LTD., d/b/a
PHPK TECHNOLOGIES

                Plaintiff,          Case No. 2:08-cv-390
                                          JUDGE EDMUND A. SARGUS, JR.
v.                                        Magistrate Judge Terence P. Kemp

EDEN CRYOGENICS LLC, et al.,

                Defendants.

## ORDER

This matter came before the Court for a telephone conference on Wednesday, April 2, 2014, in consideration of Defendants Eden Cryogenics LLC's and Steven Hensley's motion to stay execution on the judgment, doc. 279. For the reasons stated on the record in the conference, the Court issues the following ruling: the motion to stay, doc. 279, is **DENIED**, with the proviso that Plaintiff may reduce its judgment in this case to judgment liens and may attach but not execute on Defendants' properties for six days; after six days, execution may proceed.

IT IS SO ORDERED.

4-2-13
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE