UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KENDALL HOLDINGS, LTD., d/b/a
PHPK TECHNOLOGIES

      Plaintiff,    Case No. 2:08-cv-390
              JUDGE EDMUND A. SARGUS, JR.
 v.             Magistrate Judge Terence P. Kemp

EDEN CRYOGENICS LLC, et al.,

      Defendants.

## ORDER

For the reasons set forth in Plaintiff Kendall Holdings, Ltd., d/b/a PHPK Technologies' ("PHPK") Unopposed Motion to Stay Briefing of Defendants' Post-Trial Motions, and for good cause shown, the Court hereby **GRANTS** PHPK's Motion and stays the briefing on Defendants. Eden Cryogenics, LLC's and Steve Hensley's Renewed Motion for Judgment as a Matter of Law or, Alternatively, for a New Trial (Doc. 278), and Motion for a New Trial (Doc. 284) pending resolution of Eden's bankruptcy proceeding. The parties are **DIRECTED** to notify the Court when the stay on the bankruptcy proceedings is lifted.

**IT IS SO ORDERED.**

5-27-2014
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE